UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| Mary J. Klein, | Court File No.: 11-CV-5036 |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Hartford Life and Accident Insurance Company, | |
| Defendant. | |

WHEREAS, the above-entitled matter having been fully settled and resolved,

NOW, THEREFORE, it is hereby stipulated and agreed by and between plaintiff Mary J. Klein and defendant Hartford Life and Accident Insurance Company that the above-entitled matter may be dismissed with prejudice.

IT IS FURTHER STIPULATED AND AGREED that the court may enter an order dismissing the matter with prejudice, without taxation of costs and without further notice to any of the parties.

Dated: November 10th, 2011

_____
Michael J. Simpson
*Attorney for Plaintiff Mary J. Klein*
Julius & Simpson, L.L.P.
801 Mt Rushmore Road, Suite 203
Rapid City, SD 57701
Telephone: (605) 716-1000
mike@juliussimpson.com

449433.1

Dated: November 14, 2011

*[signature]*
James E. Moore
WOODS, FULLER, SHULTZ & SMITH P.C.
Post Office Box 5027
300 South Phillips Avenue, Suite 300
Sioux Falls, SD 57117-5027

Eric C. Tostrud (MN #213548)
Eric N. Linsk (MN #388827)
*Attorneys for Defendant*
*Hartford Life and Accident Insurance Company*
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
ectostrud@locklaw.com
rnlinsk@locklaw.com