UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | | |
|---|---|---|
| MARY J. KLEIN, | ) | CIV. 11-5036-JLV |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGMENT OF DISMISSAL |
| vs. | ) | |
| | ) | |
| HARTFORD LIFE & ACCIDENT | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the parties' stipulation for dismissal (Docket 14), it is hereby

ORDERED, ADJUDGED, and DECREED that this action is dismissed with prejudice and without costs or further notice to either party.

Dated November 15, 2011.

BY THE COURT:

/s/ *Jeffrey L. Viken*
JEFFREY L. VIKEN
UNITED STATES DISTRICT JUDGE